1  PATRICK MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  EDWARD VIEIRA-DUCEY, State Bar No. 251405
   evieira-ducey@cmtrlaw.com
4  CASTILLO, MORIARTY, TRAN & ROBINSON
   75 Southgate Avenue
5  Daly City, CA  94015
   Telephone:      (415) 213-4098
6
7  Attorneys for Defendant
   CITY OF FAIRFIELD, SETH JAMEL, and JOSEPH
   DEQUATTRO
8
9  CARL L. FESSENDEN, State Bar No. 161494
   cfessenden@porterscott.com
10 SULI A. MASTORAKOS, State Bar No. 330383
   smastorakos@porterscott.com
11 PORTER SCOTT
   2180 Harvard Street, Suite 500
12 Sacramento, CA 95815
   Telephone: (916) 927-3706
13
14  Attorneys for Defendant
    CAMILLE LANGI
15
16 JOHN L. BURRIS, Esq. (Bar No. 69888)
   BEN NISENBAUM, Esq. (Bar No. 222173)
17 CHRISTOPHER A. DEAN, Esq. (Bar No. 550322)
   BURRIS, NISENBAUM, CURRY & LACY
18 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
19 Oakland, California 94621
   Telephone: (510) 839-5200
20 john.burris@johnburrislaw.com
   chris.dean@johnburrislaw.com
21
22  Attorneys for Plaintiff
    KEVIN ROE

23            UNITED STATES DISTRICT COURT
24             EASTERN District OF CALIFORNIA

| | |
|---|---|
| 25  KEVIN ROE, | Case No. 2:22-CV-01536-KJM-AC |
| 26         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DISCOVERY DEADLINES** |
| 27      v. | |
| 28  CITY OF FAIRFIELD, a municipal | |

|   |   |
|---|---|
| corporation, SETH JAMEL, individually and in his official capacity as a Police Officer for the CITY OF FAIRFIELD Police Department, CAMILLE LANGI, individually and in her official capacity as a Police Officer for the CITY OF FAIRFIELD Police Department, OFFICER DEQUATTRO, individually and in his official capacity as a Police Officer for the CITY OF FAIRFIELD Police Department and DOES 1-50, inclusive, individually, jointly, and severally; | Hon. Kimberly J. Mueller |
| Defendants. | |

Come now Defendants City of Fairfield, Seth Jamel, Joseph DeQuattro, and Camille Langi ("DEFENDANTS") and Plaintiff Kevin Roe ("PLAINTIFF") by and between their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, this matter is not currently scheduled for Trial.

2. WHEREAS, March 20, 2023, the Court issued a Rule 16 Scheduling Order (Doc. 29), setting the following schedule:

| | |
|---|---|
| Expert Disclosures Deadline | 12/15/23 |
| Rebuttal Expert Disclosures Deadline | 1/26/24 |
| Close of Discovery | 2/23/24 |
| Dispositive Motion Filing Deadline | 4/12/24 |
| Dispositive Motion Hearing | 5/17/24 |

3. WHEREAS, the parties were scheduled for Settlement conference before Magistrate Judge Allison Claire on October 3, 2023. (Doc. 31).

4. WHEREAS, on September 29, 2023, Judge Claire issued an order Vacating the October 3, 2023 settlement conference and resetting it for February 1, 2024. (Doc. 34).

5. WHEREAS, counsel for both Plaintiff and Defendants have agreed to extend the cut-off for Expert Witness Disclosures to February 23, 2024, extend the rebuttal witness

disclosure deadline to March 22, 2024.

6. WHEREAS, the parties do not seek an extension of the discovery cut off deadline, currently set for February 3, 2024.

7. WHEREAS, counsel for both Plaintiff and Defendants have agreed to conduct Expert Discovery *only* up to and including April 12, 2024.

8. WHEREAS, The parties submit that good cause exists for this continuance. There have been no prior continuances.

9. WHEREAS, the parties request the Court to amend the case schedule as follows.

| | |
|---|---|
| Expert Disclosures Deadline | 2/23/24 |
| Rebuttal Expert Disclosures Deadline | 3/22/24 |
| Close of Discovery | 2/23/24 [no change] |
| Close of Expert Discovery | 4/12/24 |
| Dispositive Motion Filing Deadline | 4/12/24 [no change] |
| Dispositive Motion Hearing | 5/17/24 [no change] |

IT IS SO AGREED

Respectfully submitted,

November 29, 2023                         CASTILLO, MORIARTY,
                                          TRAN & ROBINSON, LLP


                                          By:   /s/ John Robinson
                                             PATRICK MORIARTY
                                             JOHN B. ROBINSON
                                             EDWARD VIEIRA-DUCEY
                                             Attorneys for Defendant
                                             CITY OF FAIRFIELD, SETH JAMEL, and
                                             JOSEPH DEQUATTRO

Dated: November 29, 2023                  PORTER SCOTT


                                          By:   /s/Carl. L. Fessenden
                                              CARL L. FESSENDEN
                                              SULI A. MASTORAKOS
                                              Attorneys for Defendant,
                                              CAMILLE LANGI,

Dated: November 29, 2023

LAW OFFICES OF JOHN BURRIS

By: */s/ Benjamin Nisenbaum*
JOHN L. BURRIS
BENJAMIN NISENBAUM
CHRISTOPHER DEAN
Attorneys for Plaintiff
KEVIN ROE

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 29, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE