PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
EDWARD VIEIRA-DUCEY, State Bar No. 251405
evieira-ducey@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA 94015
Telephone:      (415) 213-4098

Attorneys for Defendant
CITY OF FAIRFIELD, SETH JAMEL, and JOSEPH DEQUATTRO

CARL L. FESSENDEN, State Bar No. 161494
cfessenden@porterscott.com
SULI A. MASTORAKOS, State Bar No. 330383
smastorakos@porterscott.com
PORTER SCOTT
2180 Harvard Street, Suite 500
Sacramento, CA 95815
Telephone: (916) 927-3706

Attorneys for Defendant
CAMILLE LANGI

JOHN L. BURRIS, Esq. (Bar No. 69888)
BEN NISENBAUM, Esq. (Bar No. 222173)
CHRISTOPHER A. DEAN, Esq. (Bar No. 550322)
BURRIS, NISENBAUM, CURRY & LACY
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
john.burris@johnburrislaw.com
chris.dean@johnburrislaw.com

Attorneys for Plaintiff
KEVIN ROE

UNITED STATES DISTRICT COURT

EASTERN District OF CALIFORNIA

| KEVIN ROE, | Case No. 2:22-CV-01536-KJM-AC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DISCOVERY DEADLINES** |
| v. | |
| CITY OF FAIRFIELD, a municipal | |

|   |   |
|---|---|
| corporation, SETH JAMEL, individually and in his official capacity as a Police Officer for the CITY OF FAIRFIELD Police Department, CAMILLE LANGI, individually and in her official capacity as a Police Officer for the CITY OF FAIRFIELD Police Department, OFFICER DEQUATTRO, individually and in his official capacity as a Police Officer for the CITY OF FAIRFIELD Police Department and DOES 1-50, inclusive, individually, jointly, and severally;<br><br>                Defendants. | Hon. Kimberly J. Mueller |

Come now Defendants City of Fairfield, Seth Jamel, Joseph DeQuattro, and Camille Langi ("DEFENDANTS") and Plaintiff Kevin Roe ("PLAINTIFF") by and between their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, this matter is not currently scheduled for Trial.
2. WHEREAS, March 20, 2023, the Court issued a Rule 16 Scheduling Order (Doc. 29).
3. WHEREAS, the parties are scheduled for Settlement conference before Magistrate Judge Allison Claire on March 5, 2024. (Doc. 49).
4. WHEREAS, counsel for both Plaintiff and Defendants have agreed to extend the cut-off for Expert Witness Disclosures to April 1, 2024, extend the rebuttal witness disclosure deadline to April 16, 2024.
5. WHEREAS, the parties do not seek an extension of the discovery cut off deadline, currently set for February 3, 2024.
6. WHEREAS, counsel for both Plaintiff and Defendants have agreed to conduct Expert Discovery *only* up to and including May 13, 2024.
7. WHEREAS, The parties submit that good cause exists for this continuance. There has been one prior continuance.
8. WHEREAS, the parties request the Court to amend the case schedule as follows.

| Expert Disclosures Deadline | 4/1/24 |
|---|---|

| | |
|---|---|
| Rebuttal Expert Disclosures Deadline | 4/16/24 |
| Close of Discovery | 2/23/24 [no change] |
| Close of Expert Discovery | 5/13/24 |
| Dispositive Motion Filing Deadline | 4/12/24 [no change] |
| Dispositive Motion Hearing | 5/17/24 [no change] |

IT IS SO AGREED

January 31, 2024

Respectfully submitted,

CASTILLO, MORIARTY,
TRAN & ROBINSON, LLP


By: */s/ John Robinson*
PATRICK MORIARTY
JOHN B. ROBINSON
EDWARD VIEIRA-DUCEY
Attorneys for Defendant
CITY OF FAIRFIELD, SETH JAMEL, and
JOSEPH DEQUATTRO

Dated: January 31, 2024           PORTER SCOTT


By: */s/ Carl. L. Fessenden*
CARL L. FESSENDEN
SULI A. MASTORAKOS
Attorneys for Defendant,
CAMILLE LANGI,

Dated: January 31, 2024           LAW OFFICES OF JOHN BURRIS


By: */s/ Christopher Dean*
JOHN L. BURRIS
BENJAMIN NISENBAUM
CHRISTOPHER DEAN
Attorneys for Plaintiff
KEVIN ROE

1 **PROPOSED ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: February 1, 2024

5 _/s/ Allison Claire_
ALLISON CLAIRE
6 UNITED STATES MAGISTRATE JUDGE